JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL LUNA,<br><br>Petitioner,<br><br>v.<br><br>TRENT ALLEN,<br><br>Respondent. | Case No. 2:22-cv-04196-FWS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: June 28, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT
JUDGE